# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2023.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D23-962
Lower Tribunal No. F06-33640

————————————

**Waldo Jeune,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Waldo Jeune, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.